**RAMZY P. LADAH, ESQ.**
Nevada Bar No. 11405
**MICHAEL T. NIXON, ESQ.**
Nevada Bar No. 012839
**LADAH LAW FIRM**
517 S. Third Street
Las Vegas, NV 89101
litigation@ladahlaw.com
T: 702.252.0055
F: 702.248.0055
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| RONALD JACKSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>VONS COMPANIES INC dba VONS GROCERY STORE; AMIGO MOBILITY INTERNATIONAL INC; ROE MAINTENANCE COMPANY; DOES I through XXX, inclusive and ROE BUSINESS ENTITIES I through XXX, inclusive,<br><br>Defendants. | CASE NO.: 2:23-cv-00711-GMN-NJK<br><br>**STIPULATION AND ORDER TO AMEND THE COMPLAINT TO DISMISS AMIGO MOBILITY INTERNATIONAL, INC. AND SUBSTITUTE MART CART AS THE PROPER DEFENDANT** |

**COMES NOW** Plaintiff RONALD JACKSON, by and through his attorney of record, RAMZY P. LADAH, ESQ. and MICHAEL T. NIXON, ESQ. of LADAH LAW FIRM, and Defendant VONS COMPLANIES INC. dba VONS GROCERY STORE, by and through their attorney of record, LEW BRANDON, JR., ESQ. and DANIELLE A. KOLKOSKI, ESQ. of BRANDON / SMERBER LAW FIRM and Defendant AMIGO MOBILITY INTERNATIONAL, INC. by and through their attorney of record, LOREN S. YOUNG, ESQ. of LINCOLN, GUSTAFSON & CERCOS, LLP hereby stipulate as follows:

1  **IT IS STIPULATED AND AGREED** that Plaintiff voluntarily dismisses Defendant AMIGO MOBILITY INTERNATIONAL, INC. without prejudice, all sides to bear their own fees and costs;

/ / /

/ / /

/ / /

**IT IS FURTHER STIPULATED AND AGREED** that Plaintiff may file an Amended Complaint for the purpose of removing AMIGO MOBILITY INTERNATION INC. from the Caption and to file an Amended Complaint to include the manufacturer MART CART.

IT IS SO AGREED.

Dated this 19th day of June 2023.

**LADAH LAW FIRM**

/s/ Ramzy P. Ladah Esq.
_____
**RAMZY PAUL LADAH, ESQ.**
Nevada Bar No. 11405
**MICHAEL T. NIXON, ESQ.**
Nevada Bar No. 012839
517 S. Third Street
Las Vegas, NV 89101
*Attorneys for Plaintiff Ronald Jackson*

Dated this 19th day of June 2023.

**BRANDON / SMERBER LAW FIRM**

/s/ Danielle A. Kolkoski, Esq.
_____
**LEW BRANDON, ESQ.**
Nevada Bar No. 5880
**RYAN M. VENCI, ESQ.**
Nevada Bar No. 7547
**DANIELLE A. KOLKOSKI, ESQ.**
Nevada Bar No. 8506
139 E. Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant, Vons Companies, Inc. dba Vons Grocery Store*

Dated this 19th day of June 2023.

**LINCOLN, GUSTAFSON & CERCOS**

/s/ Loren S. Young, Esq.
_____
**LOREN S. YOUNG, ESQ.**
Nevada Bar No. 7567
7670 w. Lake Mead Boulevard, Suite 200
Las Vegas, NV 89128
*Attorneys for Plaintiff Amigo Mobility International, Inc.*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

July 27, 2023