UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONALD JACKSON, | Case No. 2:23-cv-00711-GMN-NJK |
| Plaintiff(s), | **ORDER** |
| v. | [Docket No. 32] |
| VONS COMPANIES, INC, *et al.*, | |
| Defendant(s). | |

Pending before the Court is a stipulation to extend case management deadlines by 90 days. Docket No. 32.

A request to extend unexpired deadlines in the scheduling order must be premised on a showing of good cause. Fed. R. Civ. P. 16(b)(4); Local Rule 26-3. The good cause analysis turns on whether the subject deadlines cannot reasonably be met despite the exercise of diligence. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 610 (9th Cir. 1992). The required showing of diligence is measured by the conduct displayed throughout the entire period of time already allowed. *See, e.g.*, *Muniz v. United Parcel Serv., Inc.*, 731 F. Supp. 2d 961, 967 (N.D. Cal. 2010). "When a request to extend case management deadlines is made by stipulation, courts may consider the joint nature of the request in deciding whether the circumstances warrant an amendment to the scheduling order. Nonetheless, courts addressing such requests are deciding at bottom whether to modify their own orders, an issue that need not be based necessarily on the promptings of the parties." *Williams v. James River Grp.*, 627 F. Supp. 3d 1172, 1178 (D. Nev. 2022).

Here, the parties have not demonstrated diligence. The parties have not conducted any discovery at all for the past month. *See* Docket No. 32 at 2-3. Such minimal discovery does not constitute diligence to warrant an extension of the case management deadlines. Nonetheless, under the circumstances of this case, the Court will grant the parties' request.

Accordingly, the stipulation to extend case management deadlines is **GRANTED**. Deadlines are **RESET** as follows:

- Amend pleadings/ add parties:  February 19, 2024
- Initial experts:  March 21, 2024
- Rebuttal experts:  April 19, 2024
- Discovery cutoff:  May 20, 2024
- Dispositive motions:  June 19, 2024
- Joint pretrial order:  July 19, 2024, 30 days after resolution of dispositive motions, or further Court order.

IT IS SO ORDERED.

Dated: November 22, 2023

_____
Nancy J. Koppe
United States Magistrate Judge