**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**RYAN VENCI, ESQ.**
Nevada Bar No. 7547
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
l.brandon@bsnv.law
r.venci@bsnv.law
d.kolkoski@bsnv.law
*Attorneys for Defendant,*
*VONS COMPANIES, INC.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RONALD JACKSON, individually, | CASE NO.: 2:23-cv-00711-GMN-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT/CROSS-DEFENDANT ASSEMBLED PRODUCTS CORPORATION dba MART CART WITH PREJUDICE** |
| VONS COMPANIES INC dba VONS GROCERY STORE; ASSEMBLED PRODUCTS CORPORATION DBA MART CART; ROE MAINTENANCE COMPANY; DOES I through XXX, inclusive and ROE BUSINESS ENTITIES I through XXX, inclusive, | |
| Defendants. | |
| VONS COMPANIES INC dba VONS GROCERY STORE | |
| Cross-Claimant | |
| vs. | |
| ASSEMBLED PRODUCTION CORPORATION dba MART CART | |
| Cross-Defendant | |

**STIPULATION AND ORDER FOR DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT/CROSS-DEFENDANT ASSEMBLED PRODUCTS CORPORATION dba MART CART WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED to by and through LEW BRANDON, JR., ESQ. of BRANDON | SMERBER LAW FIRM on behalf of Defendant/Cross-Claimant, VONS COMPANIES, INC. dba VONS GROCRERY STORE, RAMZY P. LADHA, ESQ. and MICHAEL NIXON, ESQ. of LADAH LAW FIRM on behalf of Plaintiff, RONALD JACKSON, and JASON PECK, ESQ. of LAW OFFICES OF FOULGER & PECK on behalf of Defendant/Cross-Defendant, ASSEMBLED PRODUCTS CORPORATION dba MART CART, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Defendant/Cross-Claimant, VONS COMPANIES, INC. dba VONS GROCRERY STORE Cross-Claim against Defendants/Cross-Defendant, ASSEMBLED PRODUCTS CORPORATION dba MART CART, be dismissed with prejudice in the above-entitled matter, with each side to bear their own fees and costs.

The parties further stipulate that Plaintiff's claims against ASSEMBLED PRODUCTS CORPORATION dba MART CART be dismissed with prejudice in the above-entitled matter, with each side to bear their own fees and costs.

…

…

…

…

…

…

…

…

The parties further stipulate that ASSEMBLED PRODUCTS CORPORATION dba MART CART's Motion for Summary Judgment or in the Alternative Motion for Spoliation Sanction [Doc. 38] is withdrawn.

DATED this 5th day of June 2024.    DATED this 5th day of June 2024.

**BRANDON | SMERBER LAW FIRM**    **LADAH LAW FIRM**

/s/ Lew Brandon, Jr., Esq.    /s/ Michael T. Nixon Esq.

**LEW BRANDON, JR., ESQ.**    **RAMZY P. LADAH ESQ.**
Nevada Bar No. 5880    Nevada Bar No. 11405
**RYAN VENCI, ESQ.**    **MICHAEL T. NIXON, ESQ.**
Nevada Bar No. 7547    Nevada Bar No. 12839
139 E. Warm Springs Road    517 South Third Street
Las Vegas, Nevada 89119    Las Vegas, Nevada 89101
*Attorneys for Defendant,*    702-252.0055
*VONS COMPANIES, INC. d/b/a*    *Attorneys for Plaintiff,*
*VONS GROCERY STORE*    *RONALD JACKSON*

DATED this 5th day of June 2024.

**LAW OFFICES OF FOULGER & PECK**

/s/ Jason M. Peck, Esq.

**JASON M. PECK, ESQ.**
Nevada Bar No. 10183
P.O. BOX 7218
London, KY 40742
*Attorneys for Defendant/Cross-Defendant*
*ASSEMBLED PRODUCTS CORPORATION*
*dba MART CART*

**ORDER**

**IT IS SO ORDERED**

Dated this __10th__ day of _____June_____, 2024.

_____
**HONORABLE DISTRICT COURT JUDGE**