**RAMZY P. LADAH, ESQ.**
Nevada Bar No. 11405
**MICHAEL T. NIXON, ESQ.**
Nevada Bar No. 012839
**LADAH LAW FIRM**
517 S. Third Street
Las Vegas, NV 89101
litigation@ladahlaw.com
T: 702.252.0055
F: 702.248.0055
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| RONALD JACKSON, individually,<br><br>Plaintiff,<br><br>vs.<br><br>VONS COMPANIES INC dba VONS GROCERY STORE; ASSEMBLED PRODUCTS CORPORATION DBA MART CART; ROE MAINTENANCE COMPANY; DOES I through XXX, inclusive and ROE BUSINESS ENTITIES I through XXX, inclusive,<br><br>Defendants. | CASE NO.: 2:23-cv-00711-GMN-NJK<br><br><br>**STIPULATION AND ORDER TO AMEND THE COMPLAINT TO REMOVE MART CART AND SUBSTITUTE AMIGO MOBILITY INTERNATIONAL, INC. AS THE PROPER DEFENDANT** |

Plaintiff RONALD JACKSON, by and through his attorney of record, RAMZY P. LADAH, ESQ. and MICHAEL T. NIXON, ESQ. of LADAH LAW FIRM, and Defendant VONS COMPLANIES INC. dba VONS GROCERY STORE, by and through their attorney of record, LEW BRANDON, JR., ESQ. and RYAN M. VENCI, ESQ. of BRANDON / SMERBER LAW FIRM, hereby stipulate as follows:

**IT IS STIPULATED AND AGREED** that the parties have already voluntarily dismissed Defendant ASSEMBLED PRODUCTS CORPORATION DBA MART CART with prejudice, all sides to bear their own fees and costs;

///

**IT IS FURTHER STIPULATED AND AGREED** that Plaintiff may file a Second Amended Complaint for the purpose of removing ASSEMBLED PRODUCTS CORPORATION DBA MART CART from the Caption, and to include as proper Defendant the manufacturer AMIGO MOBILITY INTERNATION, INC., who was previously dismissed based in part on Amigo's counsel's errant representations that Amigo was not the proper defendant, which now has been conclusively established and Amigo is in fact the proper defendant and manufacturer.

IT IS SO AGREED.

Dated this 11th day of June 2024.

**LADAH LAW FIRM**

/s/ Ramzy P. Ladah Esq.

_____
**RAMZY PAUL LADAH, ESQ.**
Nevada Bar No. 11405
**MICHAEL T. NIXON, ESQ.**
Nevada Bar No. 012839
517 S. Third Street
Las Vegas, NV 89101
*Attorneys for Plaintiff Ronald Jackson*

Dated this 11th day of June 2024.

**BRANDON / SMERBER LAW FIRM**

/s/ Ryan M. Venci, Esq.

_____
**LEW BRANDON, ESQ.**
Nevada Bar No. 5880
**RYAN M. VENCI, ESQ.**
Nevada Bar No. 7547
**DANIELLE A. KOLKOSKI, ESQ.**
Nevada Bar No. 8506
139 E. Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant, Vons Companies, Inc. dba Vons Grocery Store*

**ORDER**

IT IS SO ORDERED.
Dated: June 18, 2024

_____
United States Magistrate Judge