JASON PECK, ESQ.
Nevada Bar No. 10183
LAW OFFICES OF FOULGER & PECK
Mailing Address:  P.O. Box 7218
London, KY 40742
Physical Address: 7251 West Lake Mead Blvd, Suite 250
Las Vegas, NV 89128
702-228-3176
866-221-6108 Fax
Email:  LVcalendaring@LibertyMutual.com
Attorney for Defendant/Cross-Defendant
ASSEMBLED PRODUCTS CORPORATION dba MART CART

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RONALD JACKSON, individually,<br><br>Plaintiff,<br><br>v.<br><br>VONS COMPANIES INC dba VONS GROCERY STORES; ASSEMBLED PRODUCTS CORPORATION DBA MART CART; ROE MAINTENANCE COMPANY; DOES I through XXX, inclusive and ROE BUSINESS ENTITIES I through XXX, inclusive,<br><br>Defendants.<br><br>VONS COMPANIES INC dba VONS GROCERY STORE<br><br>Cross-Claimant<br><br>v.<br><br>ASSEMBLED PRODUCTS CORPORATION dba MART CART<br><br>Cross-Defendant | Case No.:   2:23-CV-00711<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

Jason Peck, of Law Offices of Foulger & Peck, respectfully move the court for an order removing himself, email addresses Jason.Peck@LibertyMutual.com, Farrah.hardiman@libertymutual.com, and

1

LVcalendaring@LibertyMutual.com, from the electronic service list as the party he represent, ASSEMBLED PRODUCTS CORPORATION dba MART CART has been dismissed from this action. Accordingly, there is good cause to justify granting Mr. Peck's removal from the electronic service list in this case.

DATED this 16th day of July 2024.

                                      LAW OFFICES OF FOULGER & PECK

                                          /s/ Jason Peck, Esq.
By_____
JASON PECK, ESQ.
Nevada Bar No. 10183
P.O. Box 7218
London, KY 40742
Attorney for Defendant/Cross-Defendant
ASSEMBLED PRODUCTS CORPORATION dba MART CART

IT IS SO ORDERED.
Dated: July 17, 2024
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

Ronald Jackson v. Assembled Products Corporation, et al.
Case No. 2:23-CV-00711

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I hereby certify that I caused a true and correct copy of the foregoing document described as:

**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST**

☒ **VIA ELECTRONIC FILING NOTIFICATION** where specified on the attached service list.

☐ **U.S. MAIL:** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as indicated on the attached service list in the United States mail at Las Vegas, Nevada.

☐ **FAX TRANSMISSION:** by causing a true copy thereof to be telecopied to the number indicated on the attached service list.

☐ **VIA PERSONAL DELIVERY:** by causing a true copy thereof to be hand delivered on this date to the addressee(s) at the address(es) set forth on the attached service list.

RAMZY P. LADAH ESQ.
LADAH LAW FIRM
517 South Third Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*
*RONALD JACKSON*

LEW BRANDON, ESQ.
RYAN M. VENCI, ESQ.
DANIELLE A. KOLKOSKI, ESQ.
BRANDON / SMERBER LAW FIRM
139 E. Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*Vons Companies, Inc. dba Vons Grocery Store*

DATED this 16th day of July 2024, in Las Vegas, Nevada.

_____
EMPLOYEE OF LAW OFFICES OF
FOULGER & PECK

3