# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RONALD JACKSON,<br><br>    Plaintiff,<br><br>v.<br><br>VONS COMPANIES INC., et al.,<br><br>    Defendants. | Case No. 2:23-cv-00711-GMN-NJK<br><br>**Order**<br><br>[Docket No. 61] |

On July 30, 2024, Plaintiff filed a notice of supplemental Rule 26(f) conference. Docket No. 59. On July 31, 2024, the Court struck the document because discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court, and no such order had been entered in this case. *See, e.g.*, Local Rule 26-8; Fed. R. Civ. P. 5(d)(1). Docket No. 60. The Court further instructed the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so. *Id*.

Despite the Court's order, Plaintiff has again filed a notice of supplemental Rule 26(f) conference. Docket No. 61. For the reasons the Court has already stated, this notice is **STRICKEN** from the docket and Plaintiff is again instructed not to file discovery documents absent a Court order requiring such filing. Future filing of discovery documents in this case will constitute a failure to comply with the Court's orders and may result in sanctions.

IT IS SO ORDERED.

Dated: August 2, 2024.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE