# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RONALD JACKSON,<br>    Plaintiff(s),<br>v.<br>VON'S COMPANIES, INC,<br>    Defendant(s). | Case No. 2:23-cv-00711-GMN-NJK<br><br>**Order**<br><br>[Docket No. 63] |

Pending before the Court is Plaintiff's request for relief from appearance at settlement conference. Docket No. 63. In light of Plaintiff's unavailability, the settlement conference is hereby **VACATED**. Once a new representative has been appointed for Plaintiff, counsel must file a stipulation with five dates on which all necessary participants are available for a settlement conference.

IT IS SO ORDERED.

Dated: September 5, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1