1 **LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
2 **RYAN VENCI, ESQ.**
Nevada Bar No. 7547
3 **BRANDON | SMERBER LAW FIRM**
4 139 E. Warm Springs Road
Las Vegas, Nevada 89119
5 (702) 380-0007
(702) 380-2964 – *facsimile*
6 *l.brandon@bsnv.law*
7 *r.venci@bsnv.law*
*Attorneys for Defendant,*
8 *VONS COMPANIES, INC.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RONALD JACKSON, individually,<br><br>Plaintiff,<br><br>vs.<br><br>VONS COMPANIES INC dba VONS GROCERY STORE; AMIGO MOBILITY INTERNATIONAL, INC.; ROE MAINTENANCE COMPANY; DOES I through XXX, inclusive and ROE BUSINESS ENTITIES I through XXX, inclusive,<br><br>Defendants. | CASE NO.: 2:23-cv-00711-GMN-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE JOINT PRETRIAL ORDER**<br><br>**(First Request)** |

COMES NOW, Defendant, VONS COMPANIES, INC. ("VONS"), by and through its attorneys, LEW BRANDON, JR., ESQ. and RYAN VENCI, ESQ., Plaintiff, RONALD JACKSON, by and through his attorney, MICHAEL T. NIXON, ESQ. and Defendant, AMIGO MOBILITY INTERNATIONAL, INC. ("AMIGO"), by and through its attorney of record, LOREN S. YOUNG, ESQ. and hereby stipulate to extend the date to file the Joint Pre-Trial Order until thirty (3) days after the completion of the Court ordered settlement conference. This is the parties first stipulation and request for an extension of time to file the Joint Pre-Trial Order.

…

1  On July 9, 2024, the Court referred this matter to Magistrate Judge Nancy J. Koppe for
2  a settlement conference (ECF #50). On July 10, 2024, Judge Koppe set this matter for a settlement
3  conference to be conducted on September 11, 2024 (ECF #52). On September 4, 2024, Plaintiff
4  filed a Request for Relief from Appearance at Settlement Conference due to Plaintiff's ill health
5  and the fact that he was hospitalized at the time (ECF #63). In response to Plaintiff's request,
6  Judge Koppe issued an Order vacating the settlement conference (ECF #65). The Court issued its
7  decision on VONS' Motion for Partial Summary Judgment on October 16, 2024, which included
8  an order that the parties file the proposed Joint Pretrial Order within thirty (30) days (ECF #69).
9  The parties now request the Court extend the deadline for the filing of the proposed Joint Pretrial
10 Order until thirty (30) days after the conclusion of the previously court ordered settlement
11 conference.

…

Unfortunately, due to Mr. Jackson's health, Plaintiff has had to begin the process of having someone appointed with power of attorney to act on Mr. Jackson's behalf. Plaintiff is currently working on getting this completed and as soon as that power of attorney is completed, the parties will request the settlement conference be rescheduled. The parties are not seeking this extension in bad faith or for purpose of delay.

DATED this 29th day of October 2024.                    DATED this 29th day of October 2024.

**BRANDON | SMERBER LAW FIRM**                          **LADAH LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*                            */s/ Michael T. Nixon Esq.*

**LEW BRANDON, JR., ESQ.**                              **RAMZY P. LADAH ESQ.**
Nevada Bar No. 5880                                     Nevada Bar No. 11405
**RYAN VENCI, ESQ.**                                    **MICHAEL T. NIXON, ESQ.**
Nevada Bar No. 7547                                     Nevada Bar No. 12839
139 E. Warm Springs Road                                517 South Third Street
Las Vegas, Nevada 89119                                 Las Vegas, Nevada 89101
*Attorneys for Defendant,*                              702-252.0055
*VONS COMPANIES, INC. d/b/a*                            *Attorneys for Plaintiff,*
*VONS GROCERY STORE*                                    *RONALD JACKSON*

DATED this 29th of October 2024.

**LINCOLN GUSTAFSON & CERCOS, LLP**

*/s/ Loren S. Young, Esq.*

**LOREN S. YOUNG, ESQ.**
Nevada Bar No. 7567
7670 W. Lake Mead Blvd., Ste. 200
Las Vegas, Nevada 89128
*Attorneys for Defendant*
*AMIGO MOBILITY INTERNATIONAL, INC.*

**IT IS SO ORDERED.**
**IT IS FURTHER ORDERED** that the parties must file a Joint Status Report every 45 days, until the settlement conference is scheduled, informing the Court of the status of the case.

Dated this  29  day of October, 2024.

_____
UNITED STATES DISTRICT COURT JUDGE