**SODW**
**LOREN S. YOUNG, ESQ**.
Nevada Bar No. 7567
**LINCOLN, GUSTAFSON & CERCOS, LLP**
*ATTORNEYS AT LAW*
7670 W Lake Mead Blvd, Suite 200
Las Vegas, Nevada 89128
Telephone:  (702) 257-1997
Facsimile:   (702) 257-2203
lyoung@lgclawoffice.com

Attorney for Defendant,
AMIGO MOBILITY INTERNATIONAL INC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| RONALD JACKSON an individual,<br><br>  Plaintiffs,<br><br>v.<br><br>VONS COMPANIES INC dba VONS GROCERY STORE; AMIGO MOBILITY INTERNATIONAL, INC; ROE MAINTENANCE COMPANY; DOES I through XXX, inclusive and ROE BUSINESS ENTITIES I through XXX, inclusive,<br><br>  Defendants. | CASE NO: 2:23-cv-00711-GMN-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL, WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, Plaintiff, RONALD JACKSON, by and through his attorney of record, MICHAEL T. NIXON, ESQ., of LADAH LAW FIRM and Defendant AMIGO MOBILITY INTERNATIONAL INC., by and through their attorney of record, LOREN S. YOUNG, ESQ., of the law firm LINCOLN, GUSTAFSON & CERCOS, LLP, that Plaintiff RONALD JACKSON'S Complaint is hereby dismissed as to AMIGO

MOBILITY INTERNATIONAL INC., with prejudice, each party to bear their attorney's fees and costs.

Dated this 16th day of December, 2024

**LINCOLN GUSTAFSON & CERCOS, LLP**

/s/ Loren S. Young
**LOREN S. YOUNG, ESQ.**
Nevada Bar No. 7567
7670 W Lake Mead Blvd, Suite 200
Las Vegas, Nevada 89128
*Attorney for Defendant,*
AMIGO MOBILITY INTERNATIONAL INC

Dated this 16th day of December, 2024

**LADAH LAW FIRM**

/s/ Michael T. Nixon
**MICAHEL T. NIXON, ESQ.**
Nevada Bar No. 13190
5420 W. Sahara Avenue, Ste. 101
Las Vegas, NV 89146
*Attorney for Plaintiff*

### ORDER

IT IS HEREBY ORDERED that Plaintiff's Complaint filed in Case No. 2:23-cv-00711-GMN-NJK, and claims asserted therein, are hereby dismissed as to AMIGO MOBILITY INTERNATIONAL INC., with prejudice, each party to bear their own attorneys' fees and costs.

_____
UNITED STATES DISTRICT COURT JUDGE

Dated this __19__ day of December, 2024.