# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RONALD JACKSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>VONS COMPANIES, INC., *et al.*,<br><br>　　　　Defendants. | Case No.: 2:23-cv-00711-GMN-NJK<br><br>**Order**<br><br>[Docket No. 79] |

Pending before the Court is a motion to withdraw as counsel for Plaintiff. Docket No. 79. Any response must be filed by March 21, 2025. The Court hereby **SETS** a hearing on the motion for 10:00 a.m. on March 31, 2025, in Courtroom 3C. Plaintiff's widow, Plaintiff's counsel, and any newly retained counsel for Plaintiff must appear personally at the hearing. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS, UP TO AND INCLUDING CASE-DISPOSITIVE SANCTIONS.**

Plaintiff's counsel must serve a copy of this order on Plaintiff's widow and must file a proof of service no later than March 14, 2025.

Unless and until the Court grants this motion, counsel of record for Plaintiff remain his counsel and must comply with all deadlines set by the Court, as well as all requirements of representation.

IT IS SO ORDERED.

Dated: March 11, 2025.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE