# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RONALD JACKSON,

    Plaintiff,

v.

VONS COMPANIES, INC., *et al.*,

    Defendants.

Case No. 2:23-cv-00711-GMN-NJK

**Order**

Pending before the Court is Defendant Von Companies Inc's notice of intent to appear by simultaneous audiovisual transmission equipment for the motion hearing on March 31, 2025. Docket No. 83. Defendant cites to a Nevada Supreme Court Rule to request to appear remotely; however, that rule governs appearance by audiovisual transmission equipment before the Nevada Supreme Court for civil and family court proceedings. Docket No. 83 at 1; *see also* Nev. Sup. Ct. R. IX-B(B)(4)(5).

The Court expects parties who practice in this Court to understand how to practice law in federal court and to become familiar with and follow rules applicable to *this* Court and to do so competently. *See Dela Rosa v. Scottsdale Mem. Health Sys., Inc.*, 136 F.3d 1241, 1244 (9th Cir. 1998).

Accordingly, Defendant's notice is **DENIED**. Docket No. 83.

IT IS SO ORDERED.

Dated: March 27, 2025

                                                Nancy J. Koppe
                                                United States Magistrate Judge