# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RONALD JACKSON,

    Plaintiff,

v.

VONS COMPANIES, INC., *et al.*,

    Defendants.

Case No.: 2:23-cv-00711-GMN-NJK

**Order**

[Docket No. 79]

Pending before the Court is a motion to withdraw as counsel for Plaintiff. Docket No. 79. On March 26, 2025, Plaintiff filed a motion to extend time to oppose motion to dismiss and to allow substitution of parties. Docket No. 84 at 1. Plaintiff's counsel submits that "we agreed to continue to represent her if the Court was willing to accept these late filings." Docket No. 84 at 3. The Court properly construes this as a request to withdraw Plaintiff's counsel's motion to withdraw as attorney. *See* Docket No. 79. Accordingly, the motion to withdraw as attorney is **DENIED** as moot and the hearing on the motion set for March 31, 2025, at 10:00 a.m. is **VACATED**.

Further, the motion to allow substitution of parties is **DENIED** without prejudice for lack of points and authorities. Docket No. 84; *see also* Docket No. 86. "The failure of a moving party to include points and authorities in support of the motion constitutes a consent to denying the motion." Local Rule 7-2(d). A renewed motion must be filed by April 2, 2025, and consist of citation to and meaningful analysis of all relevant standards.

IT IS SO ORDERED.

Dated: March 31, 2025.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

1